UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| MARY LYNN NEWCOMB, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:03-cv-1814 SEB-VSS |
| | ) | |
| THORP AWNINGS, INC. d/b/a QUIGLEY | ) | |
| MANUFACTURING, | ) | |
| Defendant. | ) | |

JUDGMENT


The Court having this date made its Entry, IT IS ORDERED THAT Judgment is

entered for the Defendant and against the Plaintiff, each party to bear its own costs.


IT IS SO ORDERED.


Date: ___05/24/2005_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Jeffrey B. Halbert
HASKIN LAUTER LARUE &
GIBBONS
jhalbert@hlllaw.com

Kenneth E. Lauter
HASKIN LAUTER LARUE &
GIBBONS
klauter@hlllaw.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com

Sandra H. Perry
BOSE MCKINNEY & EVANS, LLP
sperry@boselaw.com